Case 1:21-cr-20361-KMW Document 1 Entered on FLSD Docket 07/02/2021 Page 1 of 13

FILED by KS D.C.

Jul 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20361-CR-WILLIAMS/MCALILEY**

18 U.S.C. § 371
16 U.S.C. § 3372(a)(1), (a)(4)
16 U.S.C. § 3373(d)(1)(A)
16 U.S.C. § 3372(d)(1)
16 U.S.C. § 3373(d)(3)(A)(i)
18 U.S.C. § 2
16 U.S.C. § 3374

UNITED STATES OF AMERICA

vs.

JOSE FRANCESCO MUNOZ DI ROCCO and
FRANCISCO MANUEL RODRIGUEZ,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant herein:

1. The Lacey Act, Title 16, United States Code, Section 3371(a)(1), in relevant part, makes it unlawful for a person to knowingly import, export, transport, sell, receive, acquire, or purchase any fish or wildlife or plant taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States.

2. The Lacey Act, Title 16, United States Code, Section 3372(d), makes it unlawful for a person to knowingly make or submit any false record, account, or label for, or any false

identification of, any fish or wildlife that has been or is intended to be imported, transported, purchased, or received from any foreign country, or transported in interstate or foreign commerce.

3. The term "import" for purposes of the Lacey Act means to land on, bring into or introduce into any place subject to the jurisdiction of the United States, whether or not such landing, bringing, or introduction constitutes an importation within the meaning of the customs laws of the United States. 16 U.S.C. § 3371(b).

4. Title 50, Code of Federal Regulations, Sections 14.52 and 14.61 requires that importers or their agents file with the U.S. Fish and Wildlife Service at certain designated places, a completed Declaration for Importation or Exportation of Fish and Wildlife (Form 3-177), signed by the importer or the importer's agent, upon the importation of any wildlife.

5. **JOSE FRANCESCO MUNOZ DI ROCCO** was a resident of Miami-Dade County, Florida.

6. **FRANCISCO MANUEL RODRIGUEZ** was a resident of Jackson County, Oregon.

## COUNT 1
**Conspiracy Against the United States**
**18 U.S.C. § 371**

1. The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2. Beginning on or about February 14, 2018, and continuing through on or about July 2, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE FRANCESCO MUNOZ DI ROCCO and**
**FRANCISCO MANUEL RODRIGUEZ,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and others unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly import, transport, sell, receive, and acquire wildlife, that is, Eastern Pilbara spiny-tailed skinks (*Egernia epsisolus*), Western Pilbara spiny-tailed skinks (*Egernia cygnitos*), and Southern pygmy spiny-tailed skinks (*Egernia depressa*) from Australia to the United States, knowing the wildlife was taken, possessed, transported, and sold in violation of a law, treaty, and regulation of the United States, that is, Title 50, Code of Federal Regulations, Sections 14.52 and 14.61, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A).

### Purpose of the Conspiracy

3. The purpose of the conspiracy was for **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** to unlawfully enrich themselves by illegally importing spiny-tailed skinks from Australia to the United States and then selling the illegally imported spiny-tailed skinks for their own financial gain.

### Manner and Means of the Conspiracy

The manner and means by which **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4. **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** traveled from the United States to Western Australia for the purpose of capturing spiny-tailed skinks in their native habitat.

5. Once in Western Australia, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** captured various species of spiny-tailed skinks in their native habitat and prepared them for shipping to the United States.

6. Upon importation of the spiny-tailed skinks, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** did not complete a Declaration for Importation or Exportation of Fish and Wildlife (Form 3-177) with the U.S. Fish and Wildlife Service.

7. In order to conceal the illegally imported wildlife, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** packaged the spiny-tailed skinks within gift-wrapped containers and included them in a larger shipping box that contained other souvenirs.

8. Also in an effort to conceal the illegally imported wildlife, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** failed to declare any wildlife on the Customs Declaration form that was attached to the shipping box containing the spiny-tailed skinks.

9. Once the spiny-tailed skinks arrived in the United States, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** attempted to sell, and sold, them to customers in the United States and shared the proceeds of such sales with one another.

## Overt Acts

In furtherance of the conspiracy, at least one of the defendants, committed and caused to be committed in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

4

1. On or about February 14, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** reserved a four-wheel drive vehicle to be picked up on or about March 29, 2018, in Broome, Western Australia, and dropped off on or about April 9, 2018, in Perth, Western Australia.

2. On or about March 26, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** traveled from Ft. Lauderdale, Florida to Sydney, Australia.

3. On or about March 26, 2018, **FRANCISCO MANUEL RODRIGUEZ** traveled from San Francisco, California to Sydney, Australia.

4. On or about April 9, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ** caused a package, containing Eastern Pilbara spiny-tailed skinks (*Egernia epsisolus*), Western Pilbara spiny-tailed skinks (*Egernia cygnitos*), and Southern pygmy spiny-tailed skinks (*Egernia depressa*), to be shipped from the Maylands Licensed Post Office in Perth, Australia ("Package #1") to Miami, Florida.

5. On or about April 11, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** delivered a package to the North Perth Licensed Post Office ("Package #2") in Perth, Australia for shipping to Ashland, Oregon, containing thirteen Southern pygmy spiny-tailed skinks (*Egernia depressa*) and two Western Pilbara spiny-tailed skinks (*Egernia cygnitos*).

6. On or about April 12, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** traveled from Sydney, Australia to a final destination of Miami, Florida.

7. On or about April 12, 2018, **FRANCISCO MANUEL RODRIGUEZ** traveled from Sydney, Australia to a final destination of Medford, Oregon.

8. On or about April 13, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** looked up the tracking information for Package #1 from an IP address located in Miami-Dade County, Florida.

9. On or about April 14, 2018, Package #1 arrived in Miami, Florida, and **JOSE FRANCESCO MUNOZ DI ROCCO** took possession of the package.

10. On or about April 14, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** looked up the tracking information for Package #2 from an IP address located in Miami-Dade County, Florida.

11. On or about June 4, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** agreed to sell two *Egernia depressa* to Purchaser #1.

12. On or about June 8, 2018, Purchaser #1 caused $5,000 in U.S. currency to be sent to the Paypal account belonging to **JOSE FRANCESCO MUNOZ DI ROCCO**'s business.

13. On or about June 8, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** caused $2,253.00 in U.S. currency to be sent to **FRANCISCO MANUEL RODRIGUEZ** via PayPal.

14. On or about July 2, 2018, **JOSE FRANCESCO MUNOZ DI ROCCO** caused $690.00 in U.S. currency to be sent to **FRANCISCO MANUEL RODRIGUEZ** via PayPal.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Illegal Import of Wildlife
### 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(A)

1. The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2. On or about April 11, 2018, in the country of Australia, and elsewhere, with the last known residence of any one of two or more joint offenders in the Southern District of Florida, the defendants,

**JOSE FRANCESCO MUNOZ DI ROCCO and
FRANCISCO MANUEL RODRIGUEZ,**

did knowingly attempt to import, transport, sell, receive, and acquire wildlife, that is, Western Pilbara spiny-tailed skinks (*Egernia cygnitos*) and Southern pygmy spiny-tailed skinks (*Egernia depressa*) from Australia to the United States, knowing the wildlife was taken, possessed, transported, and sold in violation of a law, treaty, and regulation of the United States, that is, Title 50, Code of Federal Regulations, Sections 14.52 and 14.61, in violation of Title 16, United States Code, Sections 3372(a)(1), 3372(a)(4), and 3373(d)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
### False Labeling
### 16 U.S.C. §§ 3372(d)(1), 3373(d)(3)(A)(i)

1. The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2. On or about April 11, 2018, in the country of Australia, and elsewhere, with the last known residence of any one of two or more joint offenders in the Southern District of Florida, the defendants,

**JOSE FRANCESCO MUNOZ DI ROCCO and
FRANCISCO MANUEL RODRIGUEZ,**

did knowingly make and submit a false record, account, label for, and a false identification of, wildlife, that is, Western Pilbara spiny-tailed skinks (*Egernia cygnitos*) and Southern pygmy

7

spiny-tailed skinks (*Egernia depressa*), in that the defendants submitted a false Customs Declaration that failed to identify such spiny-tailed skinks within the contents of the shipment, said wildlife having been and intended to be imported, in violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i), and Title 18, United States Code, Section 2.

## COUNT 4
### Illegal Import of Wildlife
### 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(A)

1.  The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.  On or about April 14, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE FRANCESCO MUNOZ DI ROCCO and
FRANCISCO MANUEL RODRIGUEZ,**

did knowingly import, transport, sell, receive, and acquire wildlife, that is, Eastern Pilbara spiny-tailed skinks (*Egernia epsisolus*), Western Pilbara spiny-tailed skinks (*Egernia cygnitos*), and Southern pygmy spiny-tailed skinks (*Egernia depressa*) from Australia to the United States, knowing the wildlife was taken, possessed, transported, and sold in violation of a law, treaty, and regulation of the United States, that is, Title 50, Code of Federal Regulations, Sections 14.52 and 14.61, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE

1.  The allegations of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of certain property

in which the defendants, **JOSE FRANCESCO MUNOZ DI ROCCO** and **FRANCISCO MANUEL RODRIGUEZ,** have an interest.

2. Upon conviction of, or conspiracy to commit, a violation of Title 16, United States Code, Sections 3372(a)(1) and (d)(1), as alleged in this Indictment, the defendants shall forfeit the following to the United States, pursuant to Title 16, United States Code, Section 3374:

a. any and all fish or wildlife or plants imported, exported, transported, sold, received, acquired or purchased contrary to Title 16, United States Code, Section 3372; and

b. All vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants if (A) the owner of such vessel, vehicle, aircraft, or equipment was at the time of the alleged illegal act a consenting party or privy thereto or in the exercise of due care should have known that such vessel, vehicle, aircraft, or equipment would be used in a criminal violation, and (B) the violation involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase, fish or wildlife or plants.

All pursuant to Title 16, United States Code, Section 3374, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

for *[signature]*
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*[signature]*
MARTY FULGUEIRA ELFENBEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE FRANCESCO MUNOZ DI ROCCO,
and FRANCISCO MANUEL RODRIGUEZ,

                           Defendants/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II   6 to 10 days   [ ]
   - III   11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
**MARTY FULGUEIRA ELFENBEIN**
Assistant United States Attorney
FLA Bar No.     0020891

*Penalty Sheet(s) attached                                                                                            REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** JOSE FRANCESCO MUNOZ DI ROCCO

**Case No:** _____

Count: 1

Conspiracy Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 2

Illegal Import of Wildlife

Title 16, United States Code, Sections 3372(a)(1), (a)(4) and 3373(d)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 3

False Labeling

Title 16, United States Code, Sections 3372(d)(1), and 3373(d)(3)(A)(i)

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 4

Illegal Import of Wildlife

Title 16, United States Code, Sections 3372(a)(1), and 3373(d)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FRANCISCO MANUEL RODRIGUEZ

**Case No:** _____

Count: 1

Conspiracy Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 2

Illegal Import of Wildlife

Title 16, United States Code, Sections 3372(a)(1), (a)(4) and 3373(d)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 3

False Labeling

Title 16, United States Code, Sections 3372(d)(1), and 3373(d)(3)(A)(i)

**\*Max. Penalty:** 5 Years' Imprisonment

Count: 4

Illegal Import of Wildlife

Title 16, United States Code, Sections 3372(a)(1), and 3373(d)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.